UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GUY KEVIN AASEBY,<br><br>                Plaintiff,<br><br>   v.<br>OFFICER ANDREW STERLING,<br>OFFICER MARIO RIOS, JR., and<br>OFFICER TIMOTHY NEAL,<br><br>                Defendants. | Case No. 2:09-CV-00051-EJL<br><br>**JUDGMENT ON VERDICT** |

This matter coming before this Court upon jury trial and the matter having been fully tried and submitted to the jury, and the jury having rendered its verdict upon a Special Verdict (Dkt. No. 49) , and with the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff take nothing from the Defendants and this case is **DISMISSED IN ITS ENTIRETY**.

DATED: **February 28, 2011**

Honorable Edward J. Lodge
U. S. District Judge

**JUDGMENT - 1**